AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
*Eastern District of Washington*

SENTINEL SECURITY LIFE INSURANCE COMPANY,
               Plaintiff,

               v.

SONJA MERCER and CLAIR K. RICE,
               Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-08-0302-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered on September 15, 2009, judgment is entered as follows:

(1) Defendant Mercer is awarded $45,000 from the life an accident insurance proceeds deposited with the Court, together with any interest which has accumulated on the total amount of proceeds paid into the court prior hereto; and

(2) Plaintiff is awarded its attorney's fees and expenses incurred in this action in the stipulated amount of $5,000.

| | |
|---|---|
| September 15, 2009 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |